## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROBERT W. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-22-134-D |
| | ) | |
| HERTZ CORPORATION, | ) | |
| LYNN SPAETH, | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

This matter comes before the Court for review of the Report and Recommendation [Doc. No. 9] issued by United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Mitchell recommends denying Plaintiff's Motion to to proceed *in forma pauperis* [Doc. No. 2] because the application fails to provide a sufficient basis to grant *in forma pauperis* status. Plaintiff timely filed an Objection [Doc. No. 10], but presents no persuasive argument or authority that would cause this Court to reject Judge Mitchell's conclusions. In fact, having reviewed the Report and Recommendation and the entirety of the case record, the Court fully concurs with Judge Mitchell's recommendation.

Therefore, having conducted a de novo review, the Court ADOPTS the Report and Recommendation [Doc. No. 9] in its entirety. For the reasons stated in the Report and Recommendation, Petitioner's Motion to Proceed *in forma pauperis* [Doc. No. 2] is DENIED**.** If Petitioner's filing fee is not received by the Clerk of the Court on or before May 3, 2021, this action will be dismissed without prejudice.

2

**IT IS SO ORDERED** this 12th day of April, 2021.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge